1  FORREST BOOTH (State Bar No. 74166)
   fb@severson.com
2  PAMELA L. SCHULTZ (State Bar No. 269032)
   pls@severson.com
3  YEVGENIA ALTMAN (State Bar. No. 259883)
   ya@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Plaintiffs Cindia Deng,
8  as administrator of the ESTATE OF CARL DENG,
   and NORMAN LIU, an individual

RECEIVED
JUN 10 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of Cindia Deng, as administrator of the ESTATE OF CARL DENG and NORMAN LIU, an individual, as owners of the Fishing Vessel, a 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability.

CV 13 2659 KAW

Case No.

**ORDER OF INJUNCTION AND MONITION**

WHEREAS a Complaint having been filed herein on the 10th day of June, 2013 pursuant to 46 U.S.C. § 30501, *et seq.*, 28 U.S.C. § 1333, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), by plaintiffs ("Plaintiffs"), as owners of a fishing vessel which is a 24-foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 ("Sea Swirl"), praying for exoneration from or limitation of their liability in connection with a capsizing in the Pacific Ocean, which occurred on or about September 30, 2012, and for certain other relief;

WHEREAS the Complaint states the alleged facts and circumstances upon which said exoneration and/or limitation are claimed under the aforementioned statutes and rules;

WHEREAS Plaintiffs are not required to provide security until further order of this Court;

WHEREAS it appears that multiple claims have been made and/or will be made against the Plaintiffs and against the Sea Swirl for loss, damage, injury or destruction alleged to have incurred in consequence of the capsizing; and

WHEREAS Plaintiffs have applied for an order of injunction and monition pursuant to Rule F(3) and (4) of the Supplemental Admiralty Rules;

Now, on Plaintiffs' application, and good cause appearing thereon, IT IS HEREBY ORDERED:

That pursuant to Rule F(3) of the Supplemental Admiralty Rules, all claims, suits, and proceedings against Plaintiffs or Plaintiffs' property with respect to the matter in question, to wit, the Sea Swirl, shall cease;

That pursuant to Rule F(4) of the Supplemental Admiralty Rules, notice shall issue out of and under the seal of this Court in the form attached hereto entitled "Notice of Complaint for Exoneration From or Limitation of Liability," to all persons asserting claims with respect to which the complaint seeks exoneration or limitation, admonishing them to file their respective claims, if at all, with the Clerk of the Court and to serve on the attorneys for the Plaintiffs a copy thereof on or before July 26, 2013;

That such notice shall be published in The Recorder, a newspaper published in the San Francisco Bay Area, once a week for four consecutive weeks prior to August 9, 2013; and,

That Plaintiffs shall, not later than the day of second publication, also mail a copy of the notice to every person known to have made any claim against the Sea Swirl or the Plaintiffs arising out of the collision, voyage or trip on or out of which the claims sought to be limited arose.

IT IS SO ORDERED.

Dated: July 1, 2013.

_____
William Alsup
United States District Judge