P. TERRY ANDERLINI, Esq. (SBN 044783)
G. CHRIS ANDERSEN, Esq. (SBN 289008)
**ANDERLINI & EMERICK LLP**
411 Borel Avenue, Suite 501
San Mateo, California 94402-3520
Telephone (650) 212-0001
Facsimile (650) 212-0081

Attorneys for Respondents
JIN DI GUAN and JAY LEN TSENG, a Minor,
by and through her Guardian ad Litem,
JIN DI GUAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Cindia Deng, as administrator of the ESTATE OF CARL DENG and NORMAN LIU, an individual, as owners of the Fishing Vessel, a 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability | IN ADMIRALTY<br>Case No.: CV 13 2659<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

Plaintiffs CINDIA DENG, as Administrator of the ESTATE OF CARL DENG and NORMAN LIU, and Respondents JIN DI GUAN and JAY LEN TSENG, a Minor, by and through her Guardian ad Litem JIN DI GUAN, acting through their respective counsel of record, stipulate to extend the time within which Respondents JIN DI GUAN and JAY LEN TSENG, a Minor, by and through her Guardian ad Litem JIN DI GUAN must respond to Plaintiffs' complaint. Respondents JIN DI GUAN and JAY LEN TSENG, a Minor, by and through her Guardian ad Litem JIN DI GUAN shall have until August 9, 2013 to present claims and otherwise contest Plaintiffs' complaint.

IT IS SO STIPULATED.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: July 12, 2013          SEVERSON & WERSON

                              By: /s/ Pamela L. Schultz
                              FORREST BOOTH
                              PAMELA L. SCHULTZ
                              YEVGENIA ALTMAN
                              Attorneys for Plaintiffs Cindia Deng, as
                              Administrator of the Estate of Carl Deng and
                              Norman Liu, an Individual

Dated: July 11, 2013          ANDERLINI & EMERICK LLP

                              By: /s/
                              P. TERRY ANDERLINI
                              G. CHRIS ANDERSEN
                              Attorneys for Respondents Jin Di Guan and
                              Jay Len Tseng, a Minor, by and through her
                              Guardian ad Litem, Jin Di Guan

## ORDER

IT IS HEREBY ORDERED that Respondents JIN DI GUAN and JAY LEN TSENG, a Minor, by and through her Guardian ad Litem JIN DI GUAN shall respond to Plaintiffs' complaint no later than August 9, 2013.

DATED: July 22, 2013.

/s/ William Alsup
William Alsup
United States District Judge