FORREST BOOTH (State Bar No. 74166)
fb@severson.com
PAMELA L. SCHULTZ (State Bar No. 269032)
pls@severson.com
YEVGENIA A. WIENER (State Bar No. 259883)
yaw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiffs and Counter-Defendants
Cindia Deng, as administrator of the ESTATE OF
CARL DENG, and NORMAN LIU, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Cindia Deng, as administrator of the ESTATE OF CARL DENG, and NORMAN LIU, an individual, as owners of the Fishing Vessel, a 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability.<br><br>AND RELATED COUNTERCLAIMS. | IN ADMIRALTY<br><br>Case No. 3:13-cv-02659-WHA<br><br>**ORDER GRANTING PLAINTIFFS IN LIMITATION'S REQUEST FOR THE ENTRY OF DEFAULT AGAINST ALL POTENTIAL CLAIMANTS WHO HAVE NOT APPEARED**<br><br>Filed concurrently with Request For Entry of Default and Declaration of Pamela L. Schultz |

WHEREAS, Notice of Complaint for Exoneration From or Limitation of Liability has been issued against all persons claiming any damages or losses arising from the September 30, 2012, maritime incident involving the SEA SWIRL, advising them to file claims on or before July 26, 2013;

WHEREAS, said Notice was duly served on all persons known to have a potential claim, been published in *The Recorder* for four consecutive weeks, and the time for filing of claims having expired, on the request of Plaintiffs in Limitation.

1  IT IS HEREBY ORDERED that the default of all persons claiming damages for any and
2 all losses or damages of any nature whatsoever resulting from the September 30, 2012 incident
3 involving the SEA SWIRL, who have not filed their claims herein, be entered; and
4  IT IS FURTHER ORDERED that all persons who may have any claims as described
5 above are barred and precluded from filing any claims in this or any other action.
6  IT IS SO ORDERED on this __12__ day of __September__, 2013.

7
8  _____
   Judge William H. Alsup
9  United States District Court
   Northern District of California
10