IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Cindia Deng, as Administrator of the ESTATE OF CARL DENG, and NORMAN LIU, an individual, as owners of the Fishing Vessel, a 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability. / AND RELATED COUNTERCLAIMS. / | No. C 13-02659 WHA **ORDER OF REFERENCE** |

The Court hereby **REFERS** this matter to ADR Unit for **MEDIATION** with the request for either Matthew Vafidis or James Nebel. The mediation must be completed by **DECEMBER 12, 2013**.

A case management conference is **SET** for **DECEMBER 19, 2013, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: September 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE