**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of Cindia Deng, as Administrator of the ESTATE OF CARL DENG, and NORMAN LIU, an individual, as owners of the Fishing Vessel, a 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability.
                                                                       /

AND RELATED COUNTERCLAIMS.
                                                                       /

No. C 13-02659 WHA

**ORDER OF REFERENCE**

The Court hereby **REFERS** this matter to ADR Unit for **MEDIATION** with the request for either Matthew Vafidis or James Nebel. The mediation must be completed by **DECEMBER 12, 2013**.

A case management conference is **SET** for **DECEMBER 19, 2013, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: September 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE