IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Cindia Deng, as Administrator of the ESTATE OF CARL DENG, and NORMAN LIU, an individual, as owners of the Fishing Vessel, a 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability. / AND RELATED COUNTERCLAIMS. / | No. C 13-02659 WHA<br><br>**ORDER SETTING HEARING ON RESPONDENTS AND COUNTER-CLAIMANTS' DISCOVERY DISPUTE** |

The Court is in receipt of respondents and counter-claimants' letter of November 6, 2013, and **SETS** a three-hour meet-and-confer in the Court's jury room on **WEDNESDAY, NOVEMBER 13, STARTING FROM 10:00 A.M. AND CONTINUING TO 1:30 P.M.** (with thirty minutes off for lunch at noon). At **1:30 P.M.**, the Court shall hear any remaining discovery issue(s). Plaintiffs' response is due by 9:00 a.m. on Tuesday, November 12. Please buzz chambers at 10:00 a.m. on November 13 to be let into the jury room.

Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE