John J. Hughes, Cal. State Bar #96481
LAW OFFICE OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109
(415) 928-4200
(415) 928-4264 Fax
Email: sealawyer@sbcglobal.net
Attorney for Plaintiffs,
Victor Tse and Steven Shi Han Zeng

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Cindia Deng, as administrator of the ESTATE OF CARL DENG, and NORMAN LIU, an individual, as owners of the Fishing Vessel, A 24-Foot Sea Swirl Striper, Model Number 2301, Serial Number GSSNF009F203, Official Number CF 9242 PX, California Department of Motor Vehicles Registration N897884 for Exoneration from or Limitation of Liability. | CASE NO.: 3:13-cv-02659-WHA<br><br>[PROPOSED] ORDER RELATING CASES<br><br>IN ADMIRALTY<br>[Rule 9(h)] |
| AND RELATED COUNTERCLAIMS | |

An Administrative Motion to Consider Whether Cases Should be Related (Civil L.R. 3-12) has been filed. ~~The time for filing an opposition or statement of support has passed~~. As the judge assigned to the earliest filed case I find that the more recently filed case of *Victor Tse and Steven Shi Han Zeng  v. Cindia Deng, as administrator of the Estate of, Carl Deng, deceased,* Case No.: 3:13-cv-05071-JSC, is related to the case assigned to me, and such case shall be reassigned to me.

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials ofthe newly assigned judge ("WHA") immediately after the case number.

Dated: November 7, 2013.

_____
William H. Alsup
United States District Judge

[~~Proposed~~] Order Relating Cases
Case No.: 3:13-cv-02659-WHA                                                                                              1