1  P. TERRY ANDERLINI, CSB No. 44783
   Email: tanderlini@aelawllp.com
2  G. CHRIS ANDERSEN, CSB No. 289008
   Email: candersen@aelawllp.com
3  ANDERLINI & EMERICK, LLP
4  411 BOREL AVENUE, SUITE 501
   SAN MATEO, CA  94402
5  TELEPHONE.:  (650) 212-0001
   FACSIMILE :  (650) 212-0081
6
7  GARY A. ANGEL, CSB No. 70006
   Email: angelgary@aol.com
8  LAW OFFICES OF GARY A. ANGEL
   177 POST STREET, EIGHTH FLOOR
9  SAN FRANCISCO, CA  94108
   TELEPHONE:  (415) 788-5935
10 FACSIMILE:  (415) 788-5958
11
   Attorneys for Respondents and Counter-Claimants
12 JIN D. GUAN, Individually, and as
   Personal Representative of the Estate
13 and Wife of Decedent PING YAU TSANG
   and as Mother of JAY LEN TSANG, a Minor
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 In the Matter of the Complaint of Cindia Deng,)
   as administrator of the ESTATE OF CARL)    Case Number: 3:13-cv-02659-WHA
18 DENG and NORMAN LIU, an individual, as)
   owners of the Fishing Vessel, a 24-Foot Sea)  [Related to Case No. 3:13-cv-05071-WHA]
19 Swirl Striper, Model Number 2301, Serial)
   Number GSSNF009F203, Official Number CF)  [PROPOSED] **ORDER RE: DISCOVERY**
20 9242 PX, California Department of Motor)  **OF ALLSTATE INSURANCE COMPANY**
   Vehicles   Registration   N897884   for)  **CORRESPONDENCE AND CLAIMS**
21 Exoneration from or Limitation of Liability.  )  **DOCUMENTS**
                                              )
22 ─────────────────────────────────────────── )
                                              )
23 AND RELATED COUNTER-CLAIMS.           )
                                              )
24 ─────────────────────────────────────────── )

25

26         The parties having come before the court pursuant to the Court's "Order Setting Hearing" on

27 Respondents' and Counter-Claimants' Discovery Dispute" on November 12, 2013, in Courtroom 8,

28 19th Floor, before the Honorable William H. Alsup after a discovery letter brief had been filed on

behalf of Jin D. Guan and a reply letter brief having been filed on behalf of petitioners. Gary A. Angel of the Law Offices of Gary A. Angel, having appeared on behalf of respondents and counter-claimants, and Pamela L. Schultz of the law firm of Severson and Werson, having appeared on behalf of petitioners. The parties having argued the matter before the Court, the Court hereby issues the following order:

Allstate Insurance Company ("Allstate") shall produce all written documents and correspondence that go one way or the other (either to Allstate or owners or from Allstate and any person having suffered damages in the accident), including written communications between Allstate Insurance Company and any claimants/owners, from the date of the boating incident that is the subject of this matter up until six months before the limitation proceeding was filed in this Court, *i.e.* December 10, 2012. (If Allstate decides not to produce any document or documents because they pertain to issues of insurance coverage, it will produce a log of said documents not produced. Counsel for petitioners and Allstate shall advise respondents' counsel no later than 5:00 PM on Thursday, November 14, 2103, that they will comply with this order and produce said documents well in advance of the upcoming mediation currently scheduled for December 9, 2103.

Additionally, it is hereby ordered that counsel for petitioners, shall also advise no later than 5:00 PM on Thursday, November 14, 2103, whether Allstate has stated that it will comply with the subpoena and produce said documents requested therein, which the Law Offices of Gary A. Angel forwarded to Allstate (via mail) and petitioners' counsel (limitations on the subpoena are only with regard to "privileged" matters that fall within this Order).

Should Allstate state that it will not agree to the second portion of this order relative to the production of documents under the subpoena, then counsel for petitioners must properly serve the subpoena on Allstate, and thereafter it is free to make a motion to the Court under normal time

procedures in the Federal Rules of Civil Procedure and the Local Rules of this Court upon which the Court will thereafter consider and rule upon.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED.**

DATED: November _ 19 _, 2013

_____
William H. Alsup
Judge of the United States District Court

APPROVED AS TO FORM.

DATED:  November _____, 2013

_/s/ Pamela L. Schultz_____.
Pamela L. Schultz, Attorneys for
Petitioners and Counter-Defendants
CINDIA DENG and NORMAN LIU