1

2

3

4

5

6

7

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   In the Matter of the Complaint of Cindia Deng, as
Administrator of the ESTATE OF CARL DENG, and
9   NORMAN LIU, an individual, as owners of the Fishing
Vessel, a 24-Foot Sea Swirl Striper, Model Number
10   2301, Serial Number GSSNF009F203, Official Number
CF 9242 PX, California Department of Motor Vehicles
11   Registration N897884 for Exoneration from or
Limitation of Liability.
12   _____/

No. C 13-02659 WHA;
   C 13-05071 WHA

13   JIN D. GUAN, individually and as personal
representative of the Estate of Decedent and Wife of
14   Ping Yau Tsang, and as Mother of Jay Len Tsang, a
Minor,

**ORDER RE REFERENCE TO
MAGISTRATE JUDGE FOR
MEDIATION/SETTLEMENT**

15

16                Respondents and Counter-claimants,

        v.
17

18   CINDIA DENG, as Administrator of the Estate of Carl
Deng and Norman Liu, an individual, as owners of the
19   Fishing Vessel, a 24-Foot Sea Swirl Striper, Model
Number 2301, Serial Number GSSNF009F203, Official
20   Number CF 9242 PX, California Department of Motor
Vehicles Registration N897884,

21                Plaintiffs and Counter-defendants.
22   _____/

22   VICTOR TSE and STEVEN SHI HAN ZENG,

23

24                Plaintiffs,

        v.
25

26   CINDIA DENG, as Administrator of the Estate of Carl
Deng, Deceased,

27                Defendant.
     _____/

28

1    At the April 3 hearing, the undersigned judge **REFERRED THIS MATTER TO MAGISTRATE**

2  **JUDGE DONNA RYU FOR MEDIATION/SETTLEMENT**.

3

4    **IT IS SO ORDERED.**

5

6  Dated:  April 3, 2014.

                               WILLIAM ALSUP

7                                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2